# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA                               PLAINTIFF

v.                              No. 4:18-cr-12-DPM

RICKEY L. WARREN                                       DEFENDANT

## ORDER

**1.** The Court held a competency hearing on 8 July 2022. The Court also received evidence and heard argument on the second motion to withdraw filed by Warren's counsel.

**2.** The motion to withdraw, *Doc. 133*, is denied; the lawyer-client relationship is intact. *United States v. Barrow*, 287 F.3d 733, 738 (8th Cir. 2002). The Court directs Warren's lawyer to file a recording of the mid-June voicemail conventionally and under seal as soon as practicable.

**3.** For the reasons stated on the record—and based on the May 2022 report, Dr. Gonzalez's testimony at the hearing, and the Court's observation of Warren's demeanor—the Court found that Warren was competent to proceed. *Godinez v. Moran*, 509 U.S. 389, 396 (1993). The Court therefore adopted the report's conclusion. *Doc. 129.* Warren cannot avoid adjudication of this long-delayed case by malingering or by choosing not to cooperate with his lawyer. *Compare Barrow*, 287 F.3d at 738.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

14 July 2022
_____