IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                      PLAINTIFF

V.                          CASE NO. 4:18-cr-12-DPM

RICKEY WARREN                                                DEFENDANT

## MOTION TO WITHDRAW AS COUNSEL

The undersigned counsel Michael Kiel Kaiser of Lassiter & Cassinelli states the following for his Motion to Withdraw as Counsel:

1. Rule 1.16(a)(3) of the Model Rules of Professional Conduct states that a lawyer shall withdraw from the representation of a client if the lawyer is discharged. Undersigned counsel has been discharged by the client. Undersigned counsel hereby moves to withdraw as required by Rule 1.16(a)(3) accordingly.

2. The undersigned counsel has already transmitted the Defendant's file to Mr. Warren.

3. For the foregoing reasons, the undersigned counsel hereby moves to withdraw as the attorney of record for the Defendant Rickey Warren in the above case.

4. Should the Court grant this motion, the undersigned counsel will continue to fully comply with the requirements of Rule 1.16(d) of the Model Rules of Professional Conduct.

WHEREFORE the undersigned counsel respectfully requests that the Court grant this Motion to Withdraw as Counsel, relieve him from any further responsibility or obligation toward the Defendant beyond those enumerated in Rule 1.16(d) of the Model Rules of Professional Conduct, and for any and all other relief to which he is entitled.

Respectfully submitted,

LASSITER & CASSINELLI
1218 W 6th Street
Little Rock, Arkansas 72201
Office:  (501) 370-9300
Fax:      (501) 370-9306
Email: Michael@LassCass.com

/s/ Michael Kiel Kaiser
MICHAEL KIEL KAISER (2015001)


CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was delivered on December 18, 2024, to

AUSA Edward Walker and Defendant Rickey Warren via eFiling and by email.

/s/ Michael Kiel Kaiser
MICHAEL KIEL KAISER (2015001)